No. 477. YELLIN v. UNITED STATES. Certiorari, 368 U. S. 816, to the United States Court of Appeals for the Seventh Circuit. Argued April 18–19, 1962. This case is restored to the calendar for reargument. *Victor Rabinowitz* argued the cause for petitioner. With him on the briefs was *Leonard B. Boudin*. *Bruce J. Terris* argued the cause for the United States. With him on the briefs were *Solicitor General Cox, Assistant Attorney General Yeagley, George B. Searls, Kevin T. Maroney* and *Lee B. Anderson.*

No. 799. UNITED STATES v. PHILADELPHIA NATIONAL BANK ET AL. Appeal from the United States District Court for the Eastern District of Pennsylvania (probable jurisdiction noted, 369 U. S. 883); and

No. 1037. HONEYWOOD ET AL. v. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeal from the United States District Court for the Eastern District of New York. The motions to advance are denied.

No. 1018. CONNECTICUT COMMITTEE AGAINST PAY TV ET AL. v. FEDERAL COMMUNICATIONS COMMISSION. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The motion of RKO General Phonevision Company to be named a party respondent is granted.

No. 928, Misc. HAYES v. MARYLAND. The motion for leave to file a petition for writ of habeas corpus is denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is granted and the case is transferred to the United States District Court for the District of Maryland. *Chaapel* v. *Cochran*, 369 U. S. 869. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for respondent.